FIRST INTERSTATE MORTGAGE COMPANY *v.* NEIL H. ELLIS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court is dismissed.

*Bourke G. Spellacy,* in support of the petition.

*H. David Leventhal,* in opposition.

Decided September 18, 1990

BONNIE L. SIGNORE *v.* KEVIN A. SIGNORE

The defendant's petition for certification for appeal from the Appellate Court is granted, limited to the following issue:

"Did the motions filed by the defendant concerning the judgments of July 3, 1989, and November 17, 1989, result in extending the time to appeal pursuant to Practice Book § 4009?"

*Wesley W. Horton,* in support of the petition.

*Thomas Shanley,* in opposition.

Decided September 18, 1990

STATE OF CONNECTICUT *v.* EDWARD T. LYNCH

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 386, is denied.

*Wesley W. Horton* and *Alan M. Dershowitz,* pro hac vice, in support of the petition.

*Susan C. Marks,* assistant state's attorney, in opposition.

Decided September 18, 1990